**Martha Elena CARPIO GUERRA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 06–73353.

United States Court of Appeals, Ninth Circuit.

Submitted March 18, 2009.*

Filed March 30, 2009.

Alan Hutchison, Esq., Reno, NV, for Petitioner.

John P. Lohrer, Esquire, Liza Murcia, David V. Bernal, Assistant Director, DOJ–U.S. Department of Justice, Washington,

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, NVL–District Counsel, Esquire, Office of the District Counsel, Department of Homeland Security, Las Vegas, NV, for Respondent.

Before: LEAVY, HAWKINS, and TASHIMA, Circuit Judges.

MEMORANDUM **

Martha Elena Carpio Guerra, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' ("BIA") decision denying her motion to reopen proceedings to renew her application for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen. *Ordonez v. INS*, 345 F.3d 777, 782 (9th Cir.2003). We deny the petition for review.

The BIA did not abuse its discretion in denying Carpio Guerra's untimely motion to reopen because she failed to submit material evidence of changed country conditions in Guatemala. *See* 8 C.F.R. § 1003.2(c).

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).